FILED

2007 Mar-15  PM 01:10
U.S. DISTRICT COURT
N.D. OF ALABAMA



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 06-S-4734-NE** |
| | ) | |
| **OB GYN SUB-SPECIALTY** | ) | |
| **CENTER PC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of plaintiff, supported by affidavit, for Judgment by Default in favor of plaintiff, the United States of America, and against defendant, OB-Gyn Sub-Specialty Center, P.C., pursuant to Rule 55, Federal Rules of Civil Procedure, the court makes the following findings and conclusions:

1. The Summons and Complaint were served upon defendant's registered agent, Hugh W. A. Bailey, M.D., on December 5, 2006; defendant has failed to appear, plead, or otherwise defend.

2. Defendant, being a duly organized corporation, is not an infant or incompetent person; nor has defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to plaintiff in the principal sum of One Hundred Twenty Thousand Dollars and No Cents ($120,000.00), penalty charges in the amount of Five Thousand Five Hundred Seventy Nine Dollars and Eighteen Cents ($5,579.18), interest accrued as of March 15, 2007 in the amount of Two Thousand Eight Hundred Four Dollars and Eighty Cents ($2,804.80),[1] plus an administrative fee of Thirty Five Thousand Nine Hundred Forty Seven Dollars and Fifty One Cents ($35,947.51),[2] costs of effecting service of process in the amount of One Hundred Ten Dollars and No Cents ($110.00), and court costs of Three Hundred Fifty Dollars and No Cents ($350.00) pursuant to 28 U.S.C. § 2412(a)(2).

4. Plaintiff is due to recover from defendant the total sum of One Hundred Sixty Four Thousand Seven Hundred Ninety One Dollars and Forty Nine Cents ($164,791.49), and interest thereafter accruing at the prevailing legal rate, per

---

[1] Because the United States of America failed to tender an affidavit computing the precise amount of interest accruing through today, the court has computed interest. The complaint alleges that, as of November 8, 2006, the government was owed $1,969.73 in interest on the principal sum of $120,000.00, and that interest continued to accrue at a rate of 2% per annum. The period of time between November 8 and today, March 15, 2007, is 127 days. Per annum interest on $120,000.00, at a rate of 2%, translates into $2400 a year, or $6.5753424 a day. The daily interest figure is multiplied by 127 days to arrive at the interest that has accrued since November 8, 2006, $835.07. Adding up both the interest that accrued up to November 8, 2006 (1,969.73) and since then until March 15, 2007 (835.07), the court arrives at a total accumulated interest of $2,804.80.

[2] The affidavit of Jeffrey Schramek indicates that "the administrative fee . . . is equal to twenty-eight percent (28%) of amounts collected." Doc. no. 7 (Affidavit of Jeffrey Schramek), ¶ 4. Excluding court costs and costs of service of process, the amount collected here is $128,383.98. Multiplying that figure by .28, the court arrives at an administrative charge of $35,947.5144, rounded to $35,947.51.

annum, until paid in full.  A judgment will enter accordingly.

DONE this 15th day of March, 2007.

_____
United States District Judge